William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Madison Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BEVOLYN DARBY,                                                          :      ECF
Individually and on Behalf of All Other                                 :      17 Civ. 5370 (RMB)
Persons Similarly Situated,                                             :
                                                                        :
                                Plaintiffs,                             :
                                                                        :
        -against-                                                       :
                                                                        :
STERLING HOME CARE, INC., MARK R. ZWERGER,                              :
MATTHEW G. ANDERSON, MICHELE THOMAS                                     :
EILEEN KILLEEN, and JOHN DOES #1-10,                                    :
                                                                        :
                                Defendants.                             :
------------------------------------------------------------------------X

**DECLARATION OF WILLIAM C. RAND IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

# EXHIBIT C

# RAND LAW FIRM
# TIME AND EXPENSE RECORDS

William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Avenue, 15th Floor
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BEVOLYN DARBY,                                          :      ECF
Individually and on Behalf of All Other                 :      17 Civ. 5370 (RMB)
Persons Similarly Situated,                             :
                                                        :
                        Plaintiffs,                     :
    -against-                                           :
                                                        :
STERLING HOME CARE, INC., STEVEN B. KATZ and :
JOHN DOES #1-10,                                        :
                                                        :
                        Defendants.                     :
------------------------------------------------------------------------X

## TIME RECORDS

Date           Hours          Description

6-28-17        4.4
Meeting with client (1.2); drafting declaration (3.2)

7-13-17        2.3
Drafting summons (.5); drafting civil cover sheet (.5); drafting complaint (1.3)

7-14-17        3.1
Drafting complaint (3.1)

7-15-17        4.1
Drafting complaint (3.7); filing summons and complaint and civil cover sheet (.4)

9-21-17        .8
Reviewing Answer and affirmative defenses and reviewing complaint

11-9-17        3.9
Drafting notice of 30-b-6 deposition (.8); Drafting document requests (3.1)

11-10-17       6.0
Call with defense counsel re settlement (.4); drafting request for admissions (3.1); drafting interrogatories (2.2); serving discovery by email and mail (.3)

11-14-17     2.4
Researching amended complaint

11-20-17     .8
Emails and call with defense counsel regarding individuals to be sued in Amended Complaint

11-21-17     3.2
Drafting and filing Amended Complaint (2.6); drafting and sending letters to addresses of client seeking current contact information (.6)

11-22-17     .8
Reviewing notice of deposition served on Plaintiff (.3); call to Darby re deposition (.5)

11-28-17     1.8
Meeting Darby in office to give status update (.7); drafting revised declaration (1.1)

12-5-17     1.0
Call with Defense counsel re settlement (.7); emailing Defense counsel settlement agreement in similar case to show structure (.3)

12-17-17     3.7
Drafting motion for collective action certification and supporting brief

12-18-17     .5
Call with defense counsel regarding settlement and stipulating to collective action notice

12-19-17     2.1
Drafting stipulated order and notice regarding collective action (1.6); emailing it to defense counsel with explanation (.1); call and emails with defense counsel re discovery and deadlines to respond (.4)

1-4-18     1.1
Reviewing and finalizing Order and notice regarding collective action and returning to Defense counsel (1.1)

1-5-18     .7
Drafting and mailing and emailing Owner liability to individual defendants (.6); email regarding collective action order and notice (.1)

1-8-17     1.9
Emails with defense counsel and finalizing stipulation and notice and filing (1.6); drafting letter to judge with courtesy copy (.3)

1-24-18     .6

Calls with Magistrate's clerk (.2) and Judge's Clerk (.1) re status of motion/stipulation re notice and emails to Defense counsel with status report (.1); emails to defense counsel re discovery and extending deadline (.2)

1-30-18    1.3
Reviewing Document Requests and interrogatories served on Plaintiff

2-13-18    1.1
Calls and emails with Defense counsel re discovery

3-6-18    .9
Reviewing judge's revisions and revising notice and sending to defense counsel

3-7-18    .4
Sending notice and list to mailing service for quote (.1); call and email with defense counsel re list and how created (.3)

4-2-18    .5
Organizing and filing opt-in statements (.5)

4-6-18    4.5
Organizing and filing opt-in statements (.5); calls to opt-ins to leave message to confirm receipt of opt-in statements (.5); call with Patrick Gayle (.4); call with Kenesha Tomlinson (.3); call with Alice Thompson (.4); call with Sharon Gray (.3); call with Nandanee Somai (.3); call with Theresa Obach (.4); call with Marcia Talbert (.2); call with Mareshalee Grant (.3); call with Beverly Cole (.3) call with Ada Caqsho (.2); call with Andrea Capleton (.4)

4-2-18    1.8
Organizing and filing opt-in statements (.5); Meeting with Theresa Obaah (1.3)

4-6-18    .5
Organizing and filing opt-in statements

4-10-18    7.0
Organizing and filing opt-in statements (.5); calling opt-in plaintiffs to confirm receipt and explain case (3.1); meeting with Theresa Obaah; (2.1); drafting declaration for Obaah (1.3)

4-11-18    3.4
Meeting with Patrick Gayle (2.2); drafting declarations (1.2)

4-12-18    .5
Organizing and filing opt-in statements

4-16-18    .5
Organizing and filing opt-in statements

3

4-18-18        4.1
Meeting with Primrose Scott (2.1); reviewing payroll documents (.7); drafting declaration (1.3)

4-20-18        .9
Organizing and filing opt-in statements (.5); call with potential opt-in who did not want to give name (.4)

4-25-18        1.3
Organizing and filing Opt-in Forms and calling opt-ins

5-3-18        4.4
Meeting with Ida Wallace and Veronica Wallace (2.3); reviewing paystubs (.5) drafting declarations (1.6); status conference call with court (.8)

5-4-18        1.2
Organizing and filing Opt-in Forms and calling opt-ins

5-16-18        1.0
Organizing and filing Opt-In Forms and calling opt-ins

5-24-18        .6
Organizing and filing Opt-In Forms and calling opt-ins

5-30-18        .7
Call with Jessica Weston (.5) emailing defense counsel that she is being retaliated against as she received no work after she joined suit (.2)

5-31-18        .9
Calls and emails with defense counsel re retaliation (.6); call with Weston (.3)

6-1-18        .5
Reviewing and commenting on Defense counsel letter to court re discovery deadline extensions

6-5-18        .4
Reviewing court order re discovery (.1); emails with defense counsel re discovery plan (.3)

6-14-18        1.0
Call and emails with defense counsel regarding discovery schedule (.5); reviewing and commenting on Defense counsel's letter to the court (.5)

7-13-18        .5
Call and emails with defense counsel re discovery

7-19-18     3.1
Reviewing damage spreadsheet from Defense counsel re opt-ins (2.6); call with defense counsel to ask why formulas are not shown and to request spreadsheet with formulas (.5)

9-7-18      .8
Call with defense counsel regarding potential settlement structures

10-8-18     6.1
Drafting collective and class settlement agreement with blank amounts (5.6); call to defense counsel to discuss proposed form of agreement (.5)

10-11-18    2.5
Drafting settlement agreement with blanks for amounts (2.4); emailing to defense counsel (.1)

10-22-18    4.2
Reviewing payroll and time records and employment records of Darby

10-26-18    6.8
Reviewing payroll records of Darby (1.4); creating spreadsheet to calculate 24 hour damages (4.7); emailing spreadsheet to defense counsel and calling defense counsel to explain spreadsheet (.7)

11-6-18     2.0
Calls with defense counsel (1.3); conference call with Magistrate Fox (.7)

11-9-18     1.8
Reviewing letter spreadsheet related to overtime (.7); emailing 5 employees for documents to check spreadsheet (.2); reviewing and revising joint letter to court re settlement (.4); call with client re status and settlement (.5)

11-20-18    6.5
Reviewing payroll of sample employees and comparing to spreadsheet (5.1); reviewing Defendants' settlement agreement revisions (1.4)

11-27-18    1.0
Call to Client re Settlement (.5); revising settlement spreadsheet and emailing Defense counsel revised settlement offer (.5).

12-4-18     .9
Call with Defense counsel re Settlement counteroffer (.4) call to Darby re offer (.5)

12-5-18     .9
Call to Darby re Settlement (.4); revising settlement spreadsheet and emailing Defense counsel revised settlement offer (.5).

12-10-18      1.0
Call with Defense counsel re Settlement counteroffer (.5) call to Darby re offer (.5)

12-12-18      2.0
Call to Darby to discuss revised settlement offer (.3); revising spreadsheet and sending revised settlement offer to defense counsel (.4)

12-13-18      1.7
Calls with Defense counsel re settlement (1.2); reviewing and commenting on letter to Magistrate seeking extension of discovery deadline (.5)

12-17-18      1.7
Call with Defense counsel re rejection of request for discovery extension and settlement (1.0); call with client re status of case and settlement (.7)

12-18-18      3.5
Calls with Defense counsel (.8); calls with client (.9); reviewing spreadsheets and correspondence (1.3); drafting and filing letter to court requesting stay and giving notice of settlement in principle (.5)

1-10-19       6.4
Reviewing and checking overtime damage calculations of class members (5.2); Creating Exhibit E using Excel Spreadsheet information (1.2)

1-11-19       3.7
Meeting to go over settlement agreement and evidence with Darby and to get her signature

1-16-19       3.1
Drafting and researching motion for preliminary approval

1-17-19       6.1
Drafting motion for preliminary approval of settlement (4.3); drafting declaration in support of motion (1.8)

1-18-19       10.4
Drafting and filing motion for preliminary approval of settlement

[Future Time   40]

Total Hours    198.1

Expenses                              $1,501.40
Complaint Filing        $400
Complaint Service       $65
Notice Mailing          $1,036.40

6

# GERALD WEINBERG, P.C.
*Attorneys at Law*
90 State Street
Albany, New York 12207

---

Gerald Weinberg
Lawrence A. Kirsch

Telephone (518) 463-2051
NYS (800) 342-9856
Facsimile (518) 463-0079

July 26, 2017

William C. Rand, Esq.
501 Fifth Avenue
15th Floor
New York, New York 10017

Invoice no. MC583329

TO: GERALD WEINBERG, P.C.

---

FOR PROFESSIONAL SERVICES RENDERED:

Service of Process Re:

BEVOLYN DARBY
--vs--
STERLING HOME CARE, INC.                                                  25.00


DISBURSEMENTS

Filing Fee                                                                40.00




Total Charges:                                                            65.00

Balance Due:                                                              65.00

Phone: 286-1425



**Invoice**



Class Action Settlement Administration

| Invoice # |
|---|
| 18112 |

**3194-C Airport Loop Drive**
**Costa Mesa, CA  92626**
**Phone: 800-779-2104**

| Date |
|---|
| 3/31/2018 |

| Bill To |
|---|
| William C. Rand<br>LAW OFFICE OF WILLIAM COUDERT RAND<br>501 Madison Ave., 15th Floor<br>New York, NY  10017 |

| Bid Number | Terms | Due Date |
|---|---|---|
| 8406 | Due on receipt | 4/30/2018 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Case Name:  Darby v Sterling Home Care, Inc. - Mailing Only<br>Mailing Date:  3/20/18 | | | |
| Fixed Amount/Flat Fee - Mailing Only | 1 | 1,036.40 | 1,036.40 |

Thank you for your business.

Please make checks payable to Simpluris, Inc.
Attention:  Accounts Receivable
accounting@simpluris.com    (714) 640-5639

| | |
|---|---|
| **Total** | $1,036.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,036.40 |