William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Madison Avenue, 15th Floor
New York, New York 10017
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BEVOLYN DARBY,                                           :      ECF
Individually and on Behalf of All Other                  :      17 Civ. 5370 (RMB)
Persons Similarly Situated,                              :
                                                         :
                         Plaintiffs,                     :
                                                         :
              -against-                                  :
                                                         :
STERLING HOME CARE, INC., MARK R. ZWERGER,               :
MATTHEW G. ANDERSON, MICHELE THOMAS                      :
EILEEN KILLEEN, and JOHN DOES #1-10,                     :
                                                         :
                         Defendants.                     :
------------------------------------------------------------------------X

**DECLARATION OF WILLIAM C. RAND IN SUPPORT OF PLAINTIFF'S APPLICATION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

# EXHIBIT C

# TIME AND EXPENSE RECORDS

Dated: New York, New York
       August 20, 2019

                              By:   William Coudert Rand, Esq.
                                    LAW OFFICE OF WILLIAM COUDERT RAND
                                    *Attorney for Plaintiff*s,
                                    Individually and on Behalf of All Other Persons
                                    Similarly Situated
                                    501 Fifth Avenue, 15th Floor
                                    New York, New York 10017
                                    Tel: (212) 286-1425; Fax: (646) 688-3078

William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501 Fifth Avenue, 15th Floor
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BEVOLYN DARBY,                                          :     ECF
Individually and on Behalf of All Other              :     17 Civ. 5370 (RMB)
Persons Similarly Situated,                             :
                                                                      :
                              Plaintiffs,               :
     -against-                                            :
                                                                      :
STERLING HOME CARE, INC., STEVEN B. KATZ and  :
JOHN DOES #1-10,                                        :
                                                                      :
                              Defendants.              :
------------------------------------------------------------------------X

## RAND LAW FIRM TIME AND EXPENSE RECORDS

<u>Date</u>          <u>Hours</u>          <u>Description</u>

6-28-17       4.4
Meeting with client (1.2); drafting declaration (3.2)

7-13-17       2.3
Drafting summons (.5); drafting civil cover sheet (.5); drafting complaint (1.3)

7-14-17       3.1
Drafting complaint (3.1)

7-15-17       4.1
Drafting complaint (3.7); filing summons and complaint and civil cover sheet (.4)

9-21-17       .8
Reviewing Answer and affirmative defenses and reviewing complaint

11-9-17       3.9
Drafting notice of 30-b-6 deposition (.8); Drafting document requests (3.1)

11-10-17      6.0
Call with defense counsel re settlement (.4); drafting request for admissions (3.1); drafting interrogatories (2.2); serving discovery by email and mail (.3)

11-14-17     2.4
Researching amended complaint

11-20-17     .8
Emails and call with defense counsel regarding individuals to be sued in Amended Complaint

11-21-17     3.2
Drafting and filing Amended Complaint (2.6); drafting and sending letters to addresses of client seeking current contact information (.6)

11-22-17     .8
Reviewing notice of deposition served on Plaintiff (.3); call to Darby re deposition (.5)

11-28-17     1.8
Meeting Darby in office to give status update (.7); drafting revised declaration (1.1)

12-5-17     1.0
Call with Defense counsel re settlement (.7); emailing Defense counsel settlement agreement in similar case to show structure (.3)

12-17-17     3.7
Drafting motion for collective action certification and supporting brief

12-18-17     .5
Call with defense counsel regarding settlement and stipulating to collective action notice

12-19-17     2.1
Drafting stipulated order and notice regarding collective action (1.6); emailing it to defense counsel with explanation (.1); call and emails with defense counsel re discovery and deadlines to respond (.4)

1-4-18     1.1
Reviewing and finalizing Order and notice regarding collective action and returning to Defense counsel (1.1)

1-5-18     .7
Drafting and mailing and emailing Owner liability to individual defendants (.6); email regarding collective action order and notice (.1)

1-8-18     1.9
Emails with defense counsel and finalizing stipulation and notice and filing (1.6); drafting letter to judge with courtesy copy (.3)

1-24-18     .6

Calls with Magistrate's clerk (.2) and Judge's Clerk (.1) re status of motion/stipulation re notice and emails to Defense counsel with status report (.1); emails to defense counsel re discovery and extending deadline (.2)

1-30-18   1.3
Reviewing Document Requests and interrogatories served on Plaintiff

2-13-18   1.1
Calls and emails with Defense counsel re discovery

3-6-18   .9
Reviewing judge's revisions and revising notice and sending to defense counsel

3-7-18   .4
Sending notice and list to mailing service for quote (.1); call and email with defense counsel re list and how created (.3)

4-2-18   .5
Organizing and filing opt-in statements (.5)

4-6-18   4.5
Organizing and filing opt-in statements (.5); calls to opt-ins to leave message to confirm receipt of opt-in statements (.5); call with Patrick Gayle (.4); call with Kenesha Tomlinson (.3); call with Alice Thompson (.4); call with Sharon Gray (.3); call with Nandanee Somai (.3); call with Theresa Obach (.4); call with Marcia Talbert (.2); call with Mareshalee Grant (.3); call with Beverly Cole (.3) call with Ada Caqsho (.2); call with Andrea Capleton (.4)

4-2-18   1.8
Organizing and filing opt-in statements (.5); Meeting with Theresa Obaah (1.3)

4-6-18   .5
Organizing and filing opt-in statements

4-10-18   7.0
Organizing and filing opt-in statements (.5); calling opt-in plaintiffs to confirm receipt and explain case (3.1); meeting with Theresa Obaah; (2.1); drafting declaration for Obaah (1.3)

4-11-18   3.4
Meeting with Patrick Gayle (2.2); drafting declarations (1.2)

4-12-18   .5
Organizing and filing opt-in statements

4-16-18   .5
Organizing and filing opt-in statements

3

4-18-18     4.1
Meeting with Primrose Scott (2.1); reviewing payroll documents (.7); drafting declaration (1.3)

4-20-18     .9
Organizing and filing opt-in statements (.5); call with potential opt-in who did not want to give name (.4)

4-25-18     1.3
Organizing and filing Opt-in Forms and calling opt-ins

5-3-18      4.4
Meeting with Ida Wallace and Veronica Wallace (2.3); reviewing paystubs (.5) drafting declarations (1.6); status conference call with court (.8)

5-4-18      1.2
Organizing and filing Opt-in Forms and calling opt-ins

5-16-18     1.0
Organizing and filing Opt-In Forms and calling opt-ins

5-24-18     .6
Organizing and filing Opt-In Forms and calling opt-ins

5-30-18     .7
Call with Jessica Weston (.5) emailing defense counsel that she is being retaliated against as she received no work after she joined suit (.2)

5-31-18     .9
Calls and emails with defense counsel re retaliation (.6); call with Weston (.3)

6-1-18      .5
Reviewing and commenting on Defense counsel letter to court re discovery deadline extensions

6-5-18      .4
Reviewing court order re discovery (.1); emails with defense counsel re discovery plan (.3)

6-14-18     1.0
Call and emails with defense counsel regarding discovery schedule (.5); reviewing and commenting on Defense counsel's letter to the court (.5)

7-13-18     .5
Call and emails with defense counsel re discovery

4

7-19-18 3.1
Reviewing damage spreadsheet from Defense counsel re opt-ins (2.6); call with defense counsel to ask why formulas are not shown and to request spreadsheet with formulas (.5)

9-7-18 .8
Call with defense counsel regarding potential settlement structures

10-8-18 6.1
Drafting collective and class settlement agreement with blank amounts (5.6); call to defense counsel to discuss proposed form of agreement (.5)

10-11-18 2.5
Drafting settlement agreement with blanks for amounts (2.4); emailing to defense counsel (.1)

10-22-18 4.2
Reviewing payroll and time records and employment records of Darby

10-26-18 6.8
Reviewing payroll records of Darby (1.4); creating spreadsheet to calculate 24 hour damages (4.7); emailing spreadsheet to defense counsel and calling defense counsel to explain spreadsheet (.7)

11-6-18 2.0
Calls with defense counsel (1.3); conference call with Magistrate Fox (.7)

11-9-18 1.8
Reviewing letter spreadsheet related to overtime (.7); emailing 5 employees for documents to check spreadsheet (.2); reviewing and revising joint letter to court re settlement (.4); call with client re status and settlement (.5)

11-20-18 6.5
Reviewing payroll of sample employees and comparing to spreadsheet (5.1); reviewing Defendants' settlement agreement revisions (1.4)

11-27-18 1.0
Call to Client re Settlement (.5); revising settlement spreadsheet and emailing Defense counsel revised settlement offer (.5).

12-4-18 .9
Call with Defense counsel re Settlement counteroffer (.4) call to Darby re offer (.5)

12-5-18 .9
Call to Darby re Settlement (.4); revising settlement spreadsheet and emailing Defense counsel revised settlement offer (.5).

5

12-10-18     1.0
Call with Defense counsel re Settlement counteroffer (.5) call to Darby re offer (.5)

12-12-18     2.0
Call to Darby to discuss revised settlement offer (.3); revising spreadsheet and sending revised settlement offer to defense counsel (.4)

12-13-18     1.7
Calls with Defense counsel re settlement (1.2); reviewing and commenting on letter to Magistrate seeking extension of discovery deadline (.5)

12-17-18     1.7
Call with Defense counsel re rejection of request for discovery extension and settlement (1.0); call with client re status of case and settlement (.7)

12-18-18     3.5
Calls with Defense counsel (.8); calls with client (.9); reviewing spreadsheets and correspondence (1.3); drafting and filing letter to court requesting stay and giving notice of settlement in principle (.5)

1-10-19     6.4
Reviewing and checking overtime damage calculations of class members (5.2); Creating Exhibit E using Excel Spreadsheet information (1.2)

1-11-19     3.7
Meeting to go over settlement agreement and evidence with Darby and to get her signature

1-16-19     3.1
Drafting and researching motion for preliminary approval

1-17-19     6.1
Drafting motion for preliminary approval of settlement (4.3); drafting declaration in support of motion (1.8)

1-18-19     10.4
Drafting and filing motion for preliminary approval of settlement

1-21-19     1.0
Drafting and delivering letter enc. courtesy copy of motion for preliminary approval (.4); filing corrected cover to Proposed Order (.6)

4-12-19     .9
Creating Adobe of Named Plaintiff spreadsheet for filing (.4); emails and call with defense counsel (.3); commenting on letter to court (.2)

4-17-19     2.0
Reviewing spreadsheets and drafting letter to court explaining Exhibit D (1.3); calls with Defense counsel re letter (.7)

4-19-19     .6
Call with Judge's clerk (.1); reviewing order approving settlement (.5)

4-29-19     1.4
Reviewing notice to class and revising and returning with comments (.7); reminding defendant of CAFA notice and asking for confirmation notice sent (.2) sending defendant law re CAFA notice (.5)

5-21-19     .6
Call with class members re claims and damages and settlement

5-23-19     .5
Call with Ms. Phills-Capleton re claims and damages and settlement

5-28-19     2.5
Call with Sophia chambers re claims and why not in settlement (.5); call with Veta Robinson (.5); call with Alexis Walker re settlement amounts and calculation (.3); calls with Loretta Williams re claims and why not included in settlement (.4); emails with defense counsel (.3) call with Lileith Lewis regarding claims (.5)

6-13-19     .4
Call with Yocata Lizardo re settlement

6-14-19     1.3
Calls with Ida Wallace (.5) Veronica Wallace (.3) and Janet Dominguez (.5) re settlement

6-17-19     .6
Call with Ines Forbes re settlement (.3); call with Hope Dunkley re settlement (.3)

6-19-19     .4
Call with Agnes Bannerman re settlement

8-11-19     2.7
Drafting Motion/Brief in support of settlement agreement

8-12-19     6.2
Researching Motion/Brief in support of settlement agreement

8-13-19     6.7
Drafting Motion/Brief in support of settlement agreement

7

8-14-19     7.1
Drafting Motion/Brief in support of settlement agreement

8-15-19     5.5
Revising motion/Brief in support of Final Approval and sending to defense counsel (4.2); drafting spreadsheet showing settlement amounts of each person who did not receive mailed notice and two opt-out persons and showing total amount (1.3)

8-16-19     1.7
Reviewing Administrator declaration (.3); reviewing settlement agreement (.3); making comments to Administrator declaration and sending to Defense counsel (.3); reviewing defense counsel's declaration and providing comments (.3); drafting and filing letter to judge and getting consent form Defense counsel and filing (.5)

8-18-19     2.1
Revising motion/Brief in support of final approval

8-19-19     4.8
Revising motion/brief in support of final; approval and sending to Defense counsel for review (1.7); drafting Rand Declaration in support of final settlement (3.1)

8-20-19     4.6
Finalizing and filing motion for final approval

Total       214.9

| | |
|---|---|
| Expenses | $1,526.40 |
| Complaint Filing | $400 |
| Complaint Service | $65 |
| Notice Mailing | $1,036.40 |
| Hand Delivery of Motion Papers 1-22-18 | $25 |